UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIELLE AMARA SHAKUR,

               Plaintiff,

-against-

SHAWN COREY CARTER, ET AL.,

               Defendants.

25-cv-4737 (LTS)

CIVIL JUDGMENT

For the reasons stated in the September 19, 2025, order, this action is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  September 22, 2025
         New York, New York

                                            /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                         Chief United States District Judge